# EXHIBIT D



## THIS IS OUR HISTORY

Sand Revolution was founded in early 2017 based on the industry's need to have a true integrated last mile logistics provider, that offered a best in class trucking platform with a safe and reliable delivery system and a high storage capacity buffer on location.

Our team provides years of expertise in **logistics, Hydraulic Fracturing process, operating and managing large scale service companies**.

We are industry leaders in equipment technology, logistics management, and providing our services in the **safest manner possible**.



**SAND REVOLUTION**
**System Overview**

View more videos





# ABOUT US

## We Bring Innovation into Frac/Sand Storage and Logistics Services.

### WHAT IS SAND REVOLUTION DEDICATED TO?

Sand Revolution is committed to providing the hydraulic fracturing industry with best-in-class Complete Proppant Solutions.

Our mission is to make our system the safest, most cost effective, and efficient in the industry.

Sand Revolution is also focused on providing last mile logistics for our customers and bringing value-added solutions to an inherently costly and complex business.

### WHERE DOES SAND REVOLUTION OPERATE?

Sand Revolution currently operates in the Permian Basin with opportunities in place to expand into new basins.

### WHO ARE CUSTOMERS FOR SAND REVOLUTION?

Sand Revolution provides services to the largest pressure pumping company in the Permian Basin and one of the largest Oil and Gas Operators in the United States.

We are actively seeking partnership opportunities with Fracturing Service Companies, Oil and Gas Operators, and Proppant Distributors.

## JOIN THE REVOLUTION NOW!

CONTACT US!



**CONTACT**

10800 WEST COUNTY ROAD 72
MIDLAND TX. 79707

(432) 305-5277
contact@sandrevolution.com

**FOLLOW US**

© 2018 Sand Revolution                                        Terms of use | Sitemap | Login




# SAND REVOLUTION
# SILO SYSTEM



- Capacity per silo: 500,000 lbs., total onsite capacity: 3,000,000 lbs.
- Load Cell to determine loaded weight.
- Dust Control & Mitigation achieved through closed loop system.

Go back



CONTACT

10800 WEST COUNTY ROAD 72
MIDLAND TX. 79707

(432) 305-5277
contact@sandrevolution.com

FOLLOW US

© 2018 Sand Revolution

Terms of use | Sitemap | Login














